**United States Bankruptcy Court**
**Central District Of California**

In re:
Cynthia Dustin Johnson

CHAPTER NO.: 7

CASE NO.: 9:10–bk–16200–RR

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

- ☒ Declaration of Attorney's Limited Scope of Appearance. [Local Bankruptcy Rule 2090–1(a); Court Manual, section 2–1]
- ☒ Debtor's Certification of Employment Income pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)
- ☒ Statement of Social Security Number(s) (Official Form B21). [Court Manual, section 3–6(b)]
- X   Declartion re Electronic Filing
  Note: No blocks were checked on Atty Ltd Scope and Emp Income Cert forms filed

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above that are not electronically filed you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002–1(c) and 5005–2, and Court Manual, section 2–1(a)(7).

Chapter 7    Original only

**Please return the original or copy of this form with all required items to the following location:**

1415 State Street, Santa Barbara, CA 93101–2511

If you have any questions, please contact the below–referenced Deputy Clerk:

Dated: December 3, 2010

**KATHLEEN J. CAMPBELL, CLERK OF COURT**
**By: Jim McNabb**
**Deputy Clerk**